LEO D. PLOTKIN, ESQ. (SBN 101893)
ERIC H. GEFFNER (SBN 252681)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, CA 90049
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com;
       egeffner@lsl-la.com

Attorneys for Plaintiff
VFS Financing, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VFS FINANCING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD P. GRECH, an individual, and as Trustee of the Grech Family Trust, dated July 26, 1994,<br><br>Defendant. | Case No. SACV11-0011 DOC MLGx<br><br>**ORDER RE: DISMISSAL** |

Having considered the Stipulation re: Case Status, Response Pleading(s) and OSC re: Dismissal (Doc. No. 7) and the "Notice of Final Settlement Payment and Request for Dismissal" filed on or about May 20, 2011, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above-entitled action, including all claims asserted therein, is dismissed in its entirety with prejudice.

DATED this 26th day of May, 2011.

*David O. Carter*
HONORABLE DISTRICT COURT JUDGE

26922

Levy, Small & Lallas
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
815 Moraga Drive
Los Angeles, CA 90049

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On May 26, 2011, I served the foregoing document entitled **[PROPOSED] ORDER RE: DISMISSAL** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

### *See Attached Service List*

☒ (**By Mail**) I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after date of deposit for mailing in this Proof of Service.

☒ (**Federal**) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed May 26, 2011, at Los Angeles, California.

                                      /s/ Heidi Gray
                                  Heidi Gray

# SERVICE LIST

Michael F Mills, Esq.
2701 E Imperial Highway
Brea, CA 92821